**Paul D. Polidoro**
**Associate General Counsel**
**WATCH TOWER BIBLE AND TRACT**
**SOCIETY OF PENNSYLVANIA**
**Legal Department**
**100 Watchtower Drive**
**Patterson, NY 12563**
**Tel: 845-306-1000**
Email: **ppolidor@jw.org**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re DMCA Subpoena to Twitter, Inc.** | Case No. _____ <br><br> Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Twitter, Inc., Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers |

Plaintiff, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Twitter, Inc., to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit A**.

The DMCA Subpoena is directed to Twitter, Inc., the service provider of Twitter accounts to which the infringing party with the user name, "wifibandit1", posted content at the URLs:

https://twitter.com/wifibandit1/status/928718694401929216
https://twitter.com/wifibandit1/status/892774687603908608

This content infringes copyrights held by Watch Tower.  (See Declaration of Paul D. Polidoro (hereinafter "Polidoro Decl. **Exhibit B**")).

Watch Tower has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1)  Watch Tower has submitted copies of notifications pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to the Declaration of Paul D. Polidoro.

(2)  Watch Tower has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A**; and

(3)  Watch Tower, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Watch Tower's rights under Title 17 U.S.C. § 512(h)(2). *See* Polidoro Decl., ¶ 4.

Having complied with the statutory requirements, Watch Tower respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: August 2, 2018                              /s/ Paul D. Polidoro
                                                          Paul D. Polidoro
                                                          Associate General Counsel
                                                          SDNY Bar No. PP2509

WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
Legal Department
100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Attorney for Plaintiff